**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MICHAEL T. DOYLE,<br><br>           Debtor. | Chapter 11<br><br>Case No. 19-23231 (SHL) |
| MICHAEL J. BOWE,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL T. DOYLE,<br><br>           Defendant. | Adv. Pro. No. 19-08291 (SHL) |

## ORDER APPROVING SETTLEMENT AGREEMENT

Upon consideration of the Motion, dated March 17, 2022 (the "**Motion**") of Michael T. Doyle, the debtor and debtor-in-possession in the above captioned Chapter 11 Case, pursuant to section 105 of title 11 of the United States Code ("**Bankruptcy Code**") and Federal Rule of Bankruptcy Procedure ("**Bankruptcy Rules**") 9019(a), approving the compromise and settlement of the claims in the above captioned adversary proceeding (the "**Adversary**"), and it appearing that good and sufficient notice of the Motion has been provided; and due consideration having been given to any responses received; and a hearing on the Application having been held before this Court on April 27, 2022 at 10:00 AM ("**Hearing**"); and upon record of the Hearing which is incorporated herein by reference and for good and sufficient cause;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED for the reasons stated on the record at the Hearing;

2. The Settlement Agreement is APPROVED;

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


Dated: April 29, 2022

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE