# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

White Plains

In Re. Michael T. Doyle § Case No. 19-23231
§
_____ §
Debtor(s) §
§ ☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2023                Petition Date: 06/28/2019

Months Pending: 53                                 Industry Classification: | 0 | 0 | | |

Reporting Method:            Accrual Basis ○      Cash Basis ●

Debtor's Full-Time Employees (current):            0

Debtor's Full-Time Employees (as of date of order for relief):   0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consdidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/S/                                                Michael T. Doyle
Signature of Responsible Party                     Printed Name of Responsible Party

12/07/2023
Date
                                                   32 Linden Court, New City, NY 10956
                                                   Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name Michael T. Doyle  Case No. 19-23231

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $4,953 | |
| b. Total receipts (net of transfers between accounts) | $17,695 | $0 |
| c. Total disbursements (net of transfers between accounts) | $17,901 | $0 |
| d. Cash balance end of month (a+b-c) | $4,746 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $17,901 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Barr Legal | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Michael T. Doyle  Case No. 19-23231

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name Michael T. Doyle                                    Case No. 19-23231

|   | xcix | | | | | |
|---|---|---|---|---|---|---|
|   | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◯  No ⦿ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ◯ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿  No ◯  N/A ◯ |
| i. | Do you have:    Worker's compensation insurance? | Yes ◯  No ⦿ |
|    |                 If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
|    |                 Casualty/property insurance? | Yes ⦿  No ◯ |
|    |                 If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
|    |                 General liability insurance? | Yes ⦿  No ◯ |
|    |                 If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◯  No ⦿ |

Debtor's Name Michael T. Doyle						Case No. 19-23231

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $17,695 |
| d. | Total income in the reporting period (a+b+c) | $17,695 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $17,901 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $17,901 |
| j. | Difference between total income and total expenses (d-i) | $-207 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /S/ | Michael T. Doyle |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 12/07/2023 |
| Title | Date |

Debtor's Name Michael T. Doyle  Case No. 19-23231



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100


PageThree


PageFour

OCTOBER 2023

MICHAEL T. DOYLE

Case Number: 19-23231-rdd

Operating Statement

Period -

Balance Forward 4953.39
Deposits 17694.56
Total Income

| | |
|---|---|
| Auto Payment | $513.00 |
| Auto Repairs | $662.49 |
| Bank Charges | $ |
| Cable/Internet | $297.70 |
| Cellphone/Telephone | $ |
| Clothing | $ |
| CREDIT CARDS | $1536.94 |
| Continuing Education | $ |
| Donations | $ |
| Dry Cleaning | $ |
| Entertainment | $87.28 |
| Food | $755.82 |
| Health Insurance | $767.23 |
| Gas/tolls | $125.73 |
| Insurance Liability | $ |
| Insurance Life | $ |
| Medical/Veterinary | $82.50 |
| Mortgage | $6423.15 + 4476.00 |
| Office Supplies | $ |
| Parking | $ |
| Personal Hygiene | $282.86 |
| Postage | $ |
| Property Repair | $1672.32 |
| Utilities | $228.44 |
| U.S. Trustee | $ |

Total Expenses: $17,901.48

Citibank Client Services   000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
Account
5020

KAREN A DOYLE
32 Linden Ct
New City NY         10956-5528

Statement Period
Oct 1 - Oct 31, 2023

## BASIC BANKING PACKAGE AS OF OCTOBER 31, 2023

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $4,746.47 |
| **Savings** | ----- |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | ----- |

Citi is providing you with an important notice describing changes in terms to your account(s) associated with Citi's introduction of simplified banking. If you are a paperless client, you may review this notice online by visiting www.citi.com/accountagreementsandnotices and clicking on Simplified Banking Consumer Deposit Account Agreements, Simplified Banking Fact Sheet, and Notices, to view the notice.

Citi's general policy is to make funds available from your check deposits no later than the next business day after the business day of deposit. Should we apply longer delays in accordance with our standard schedule, the following enhancements are effective October 21, 2023: the first $225 of our total check deposits on a business day will be available next business day; amounts of $5,525 or less will be available on the second business day; and amounts above $5,525 available on the third business day.

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

**Regular Checking**
6875865020

| | |
|---|---|
| Beginning Balance: | $4,953.39 |
| Ending Balance: | $4,746.47 |

## CHECKING ACTIVITY                                                          Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---:|---:|---:|
| 10/03 | Mobile Deposit | | 1,169.51 | |
| 10/03 | Mobile Deposit | | 1,407.91 | |
| 10/03 | ACH Electronic Debit New York Quality Fidelis Ca | 30.00 | | |
| 10/03 | ACH Electronic Debit New York Quality Fidelis Ca | 737.23 | | |
| 10/03 | Debit PIN Purchase STP&SHPFUEL0596 N MAIN NEW CITY 00YUS00155 | 30.37 | | |
| 10/03 | Mobile Purchase Sign Based 10/01 10:08p #9076 Microsoft*Ultimate 1 M Redmond WA 23275 | 18.41 | | |
| 10/03 | Debit Card Purchase 09/30 10:14a #9076 DUNKIN' MOBILE CANTON MA 23275 | 25.00 | | 6,689.80 |
| 10/04 | Debit Card Purchase 10/02 09:16a #9076 FOX PEST CONTROL - BRE BREWSTER NY 23276 | 172.32 | | 6,517.48 |
| 10/05 | Debit Card Purchase 10/04 06:19a #9076 The Journal News 8884260491 IN 23277 | 4.99 | | |
| 10/05 | Debit Card Purchase 10/02 07:34a #9076 DUNKIN' MOBILE CANTON MA 23277 | 25.00 | | 6,487.49 |
| 10/06 | ACH Electronic Debit MACYS AUTO PYMT | 237.85 | | |
| 10/06 | Debit Card Purchase 10/04 03:52p #9076 BAILEY'S SMOKEHOUSE TW NEW CITY NY 23278 | 83.72 | | 6,165.92 |
| 10/10 | Mobile Deposit | | 1,169.51 | |
| 10/10 | Mobile Deposit | | 1,407.91 | |
| 10/10 | Debit Card Purchase 10/05 09:54a #9076 MYSCHOOLACCT*LESSINGSF GREAT RIVER NY 23279 | 9.50 | | |
| 10/10 | Mobile Purchase Sign Based 10/05 08:53a #9076 NETFLIX.COM LOS GATOS CA 23279 | 16.79 | | |
| 10/10 | Debit Card Purchase 10/05 03:02p #9076 WALGREENS #13468 NEW CITY NY 23279 | 19.99 | | |
| 10/10 | Debit Card Purchase 10/05 #9076 MYSCHOOLACCT*LESSINGSF GREAT RIVER NY 23279 | 200.00 | | 8,497.06 |
| 10/11 | Debit PIN Purchase CVS/PHARMACY #10 10210-BARDONIA 00YUS05159 | 44.28 | | |
| 10/11 | Debit PIN Purchase WENDYS AUTO EXPRESS IN NANUET 00YUS07172 | 412.13 | | |
| 10/11 | Mobile Purchase Sign Based 10/09 09:58p #9076 Spotify USA New York NY 23283 | 10.99 | | |
| 10/11 | Debit Card Purchase 10/08 10:52a #9076 DUNKIN' MOBILE CANTON MA 23283 | 25.00 | | |
| 10/11 | Debit Card Purchase 10/05 07:24a #9076 DUNKIN' MOBILE CANTON MA 23280 | 25.00 | | |
| 10/11 | Check # 149 | 1,947.15 | | |
| 10/11 | Check # 150 | 4,476.00 | | 1,556.51 |
| 10/12 | Returned Insufficient Funds - Check # 150 | | 4,476.00 | 6,032.51 |
| 10/13 | Cash Withdrawal 10/13 03:32p #9076 Teller | 1,500.00 | | 4,532.51 |
| 10/16 | Mobile Deposit | | 1,169.51 | |
| 10/16 | Mobile Deposit | | 1,407.91 | |
| 10/16 | Deposit 09:49a #9076 Teller | | 1,500.00 | |
| 10/16 | Debit PIN Purchase STOP & SHOP 0596 180 N NEW CITY 00YUS07154 | 120.14 | | 8,489.79 |
| 10/17 | ACH Electronic Debit Veolia Veolia 20003181510000 | 86.80 | | |
| 10/17 | ACH Electronic Debit PAYPAL INST XFER PPCR CC REPAYME | 300.00 | | |
| 10/17 | ACH Electronic Debit FORD MOTOR CR FORDCREDIT 059774833 | 513.00 | | |
| 10/17 | Debit Card Purchase 10/13 02:06p #9076 GOOGLE *Google Storage 650-253-0000 CA 23287 | 2.16 | | |
| 10/17 | Debit Card Purchase 10/13 01:30p #9076 SOFT CLOTH CAR WASH PEARL RIVER NY 23287 | 45.41 | | |
| 10/17 | Debit Card Purchase 10/13 01:27p #9076 SOFT CLOTH CAR WASH PEARL RIVER NY 23287 | 94.67 | | |
| 10/17 | Debit Card Purchase 10/13 01:39p #9076 PEARLMONT CAR WASH PEARL RIVER NY 23287 | 110.28 | | |
| 10/17 | Check # 150 | 4,476.00 | | 2,861.47 |
| 10/18 | ACH Electronic Debit COMENITY PAY UR PHONE PYMT | 27.00 | | |
| 10/18 | ACH Electronic Debit At Home DC SYF PAYMNT | 40.00 | | |
| 10/18 | ACH Electronic Debit O & R UTILITIES ORU | 71.34 | | |
| 10/18 | ACH Electronic Debit OPTIMUM 7873 CABLE PMNT | 287.70 | | 2,435.43 |
| 10/19 | Debit PIN Purchase STOP & SHOP 0596 180 N NEW CITY 00YUS07154 | 17.57 | | |
| 10/19 | Debit Card Purchase 10/17 10:40a #9076 SQ *ESCRIPT360 NYC 877-417-4551 NY 23291 | 39.00 | | |
| 10/19 | Debit Card Purchase 10/17 05:04a #9076 HAND & STONE - NEW CIT CONGERS NY 23291 | 79.95 | | 2,298.91 |
| 10/20 | Debit PIN Purchase STOP & SHOP 0596 180 N NEW CITY 00YUS07154 | 34.86 | | 2,264.05 |
| 10/23 | Mobile Deposit | | 1,407.91 | |
| 10/23 | ACH Electronic Debit Veolia Veolia 20003181510000 | 70.30 | | |
| 10/23 | ACH Electronic Debit CAPITAL ONE PHONE PYMT | 106.00 | | |

## CHECKING ACTIVITY                                                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 10/23 | ACH Electronic Debit KOHL'S          CHG PYMT | 200.00 | | |
| 10/23 | Debit PIN Purchase BARDONIA PHARMACY    NANUET   00YUS05159 | 48.07 | | |
| 10/23 | Debit Card Purchase 10/18 09:22a #9076<br>SHELL OIL 57544048200 MONTVALE    NJ 23293 | 46.68 | | 3,200.91 |
| 10/24 | ACH Electronic Debit COMENITY PAY II PHONE PYMT | 97.09 | | |
| 10/24 | Debit Card Purchase 10/20 07:48a #9076<br>DUNKIN' MOBILE     CANTON     MA 23295 | 25.00 | | |
| 10/24 | Debit Card Purchase 10/20 01:02p #9076<br>SWP*PCB  877 247 4650 GARDEN CITY  NY 23294 | 100.00 | | 2,978.82 |
| 10/25 | Debit PIN Purchase<br>STP&SHPFUEL0596 N MAIN NEW CITY   00YUS00155 | 48.68 | | |
| 10/25 | Debit Card Purchase 10/23 03:21p #9076<br>INTERNAL MEDICINE OF R NEW CITY    NY 23297 | 43.50 | | 2,886.64 |
| 10/26 | Debit Card Purchase 10/23 05:06p #9076<br>DUNKIN' MOBILE     CANTON     MA 23298 | 25.00 | | 2,861.64 |
| 10/27 | Mobile Purchase Sign Based 10/26 01:15a #9076<br>Disney Plus     8889057888   CA 23299 | 18.99 | | 2,842.65 |
| 10/30 | Mobile Deposit | | 1,169.51 | |
| 10/30 | Mobile Deposit | | 1,408.88 | |
| 10/30 | ACH Electronic Debit APPLECARD GSBANK PAYMENT   10843481 | 200.00 | | |
| 10/30 | ACH Electronic Debit PAYPAL CREDIT   SYF PAYMNT | 229.00 | | |
| 10/30 | Debit PIN Purchase STOP & SHOP 0596 180 N NEW CITY   00YUS07154 | 24.57 | | |
| 10/30 | Debit PIN Purchase STOP & SHOP 0596 180 N NEW CITY   00YUS07154 | 38.46 | | |
| 10/30 | Debit PIN Purchase STOP & SHOP 0596 180 N NEW CITY   00YUS07154 | 77.00 | | |
| 10/30 | Debit Card Purchase 10/26 10:29p #9076<br>Audible*1I1IG83B3   8882835051   NJ 23300 | 14.95 | | 4,837.06 |
| 10/31 | Debit PIN Purchase CVS/PHARM 01030--280 S New City   00YUS07159 | 70.59 | | |
| 10/31 | Debit Card Purchase 10/27 03:09p #9076<br>SQ *DENISE'S MASTERPIE gosq.com   NY 23301 | 20.00 | | 4,746.47 |
| | **Total Subtracted/Added** | **17,901.48** | **17,694.56** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*