# DAVID M. ASCHER
ATTORNEY AT LAW
499 ROUTE 304
NEW CITY, N.Y. 10956
---
(845) 352-4080
---
FAX
845-913-9557

DASCHER@BARRLEGAL.COM

January 18, 2024

United States Bankruptcy Court
Southern District of New York
300 Quaroppas Street
White Plains, New York
Attn: Hon. Sean H. Lane

      Re:    Larry B. Weinstein and Post Office Square
               Chapter 11 Bankruptcy No. 19-23827
               Chapter 11 Bankruptcy No. 20-23058

               Michael T. Doyle
               Chapter 11 Bankruptcy No. 19-23231

Dear Judge Lane:

    Please accept this letter as a notice that Harvey S. Barr, Esq, Attorney for the Debtors named in the above-captioned matter has suffered a serious medical event that required surgery and prolonged "after-care". This office will be assisting Mr. Barr with his cases while he is recovering and in rehab.

    Please forward this office any future correspondence and advise of any outstanding items in the above captioned matters.

    This office also respectfully requests a brief adjournments of all matters.

                                    Respectfully,

                                    DAVID M. ASCHER

DMA:ek